THE TEACHERS' BUILDING AND LOAN ASSOCIATION OF NEW YORK CITY, Appellant, *v.* MARTHA R. SEVERANCE et al., Respondents.

*Teachers' Bldg. & L. Assn.* v. *Severance,* 41 App. Div. 311, appeal withdrawn.
(Argued February 10, 1902; decided February 11, 1902.)

MOTION to withdraw an appeal from an order of the Appellate Division in the second judicial department, entered June 9, 1899, reversing a judgment in favor of plaintiff entered upon the report of a referee and granting a new trial.

The motion was made upon the ground that since the appeal to this court was taken the Appellate Division has so amended its order of reversal as to render it inadvisable to prosecute such appeal.

*John B. Sabine* for motion.

*H. E. Lee* opposed.

Motion granted.    ·   ————————

JOHN SULLIVAN, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Sullivan* v. *Metropolitan St. Ry. Co.,* 53 App. Div. 89, affirmed.
(Argued January 29, 1902; decided February 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 26, 1900, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Charles F. Brown* and *Henry A. Robinson* for appellant.

*Otto H. Droege* and *Otto Kempner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ. Dissenting: PARKER, Ch. J., and GRAY, J.